## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    OSCAR L. STEPHENSON
          DAWN O. STEPHENSON

                    Debtor(s)                          CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant
          vs.

          OSCAR L. STEPHENSON                          CASE NO: 5-16-01175-RNO
          DAWN O. STEPHENSON

                    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 3, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1.      A Plan was filed on April 22, 2016.

2.      A Confirmation hearing was held and an Order was entered on June 22, 2016 directing that an amended plan be filed within sixty (60) days.

3.      As of the date of this Motion, an amended plan has not been filed.

4.      The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                              Respectfully submitted,

                              s/  Agatha R. McHale, Esq.
                              Attorney for Trustee
                              Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              Ste. A, 8125 Adams Drive
                              Hummelstown, PA  17036
                              717-566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    OSCAR L. STEPHENSON
          DAWN O. STEPHENSON            CHAPTER 13

            Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE        CASE NO: 5-16-01175-RNO
            Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date:    November 23, 2016<br><br>Time:    09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before: ***October 20, 2016.***

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                          Charles J. DeHart, III, Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA  17036
                          Phone:  (717) 566-6097

Dated:  October 3, 2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    OSCAR L. STEPHENSON                    CHAPTER 13
          DAWN O. STEPHENSON


                                                 CASE NO: 5-16-01175-RNO
          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                  Movant

## CERTIFICATE OF SERVICE

      AND NOW, on October 3, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

    SCOTT AMORI, ESQ.
    AMORI & ASSOCIATES, LLC
    513 SARAH STREET
    STROUDSBURG, PA  18360-

    OSCAR L. STEPHENSON
    DAWN O. STEPHENSON
    6151 WOODCHUCK LANE
    EAST STROUDSBURG, PA  18301

                              Respectfully Submitted,
                              s/   Vickie Williams
                              for Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097

Dated:  October 3, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  OSCAR L. STEPHENSON
        DAWN O. STEPHENSON

                Debtor(s)                    CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
                Movant

        vs.

        OSCAR L. STEPHENSON                   CASE NO: 5-16-01175-RNO
        DAWN O. STEPHENSON

                Respondent(s)


## <u>ORDER DISMISSING CASE</u>


        Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.